UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOLANDA BLOCKER,

    Plaintiff,

vs.                                                                 Case No:

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff, YOLANDA BLOCKER, sues Defendant, THE UNITED STATES OF AMERICA, and states the following:

## JURISDICTION AND VENUE

1. This is a cause of action for damages brought pursuant to and in compliance with the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680.

2. This Court has subject matter jurisdiction over claims against the United States, pursuant to 28 U.S.C. § 1346(b).

3. Venue is proper in the United States District Court for the Southern District of Florida because all the facts and allegations that form the basis of this Complaint occurred in Riviera Beach, Palm Beach County, Florida.

4. At all times material hereto, the United States Postal Service ("USPS") has been a federally funded and operated department of the executive branch of the Defendant, THE UNITED STATES OF AMERICA.

5. 28 U.S.C. § 2671 provides, in part, the following: "[a]s used in this chapter and sections 1346(b) and 2401(b) of this title, the term 'Federal agency' includes the executive departments". 28 U.S.C. § 2671.

6. Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675. *See* Standard Form 95 attached as **Exhibit A**.

7. Plaintiff, YOLANDA BLOCKER, presented her claim to the USPS on June 14, 2022. *See* Standard Form 95 (Exhibit A).

8. As of the date of this filing, the USPS has not made a final disposition of the Plaintiff's claim.

9. The USPS failed to make a final disposition of the Plaintiff's claim within six (6) months after the claim was filed. Therefore, Plaintiff is permitted to institute this action at this time. 28 U.S.C. §2675(a).

10. On or about June 16, 2021, Plaintiff, YOLANDA BLOCKER, occupied a motor vehicle traveling near the intersection of Avenue O and West 25th Street in Riviera Beach, Palm Beach County, Florida.

11. At that time and place, Gregory R. Hills was driving a motor vehicle owned by the USPS within the course and scope of his employment with the USPS.

12. The USPS is an agency and instrumentality of the UNITED STATES OF AMERICA.

13. The UNITED STATES OF AMERICA is liable for damages caused by the negligent acts or omissions of USPS employees while acting within the course and scope of their employment with the USPS.

14. The UNITED STATES OF AMERICA is liable for damages caused by the negligent acts or omissions of Gregory R. Hills while acting within the course and scope of his employment with the USPS.

15. At that time and place, Gregory R. Hills negligently operated the motor vehicle by making an improper U-turn and failing to yield the right of way, causing the USPS vehicle to collide with the Plaintiff's motor vehicle.

16. As the direct and proximate result of the negligence of Gregory R. Hills, Plaintiff, YOLANDA BLOCKER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

17. Plaintiff's automobile was damaged, and Plaintiff lost use of it during the period required for its repair or replacement.

**WHEREFORE**, Plaintiff, YOLANDA BLOCKER, demands judgment for damages against Defendant, THE UNITED STATES OF AMERICA.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 23rd day of January, 2024.

/s/ Shawn McCloskey, Esq.
**Shawn McCloskey, Esq.**
Florida Bar No.: 113016
Attorney Email: smccloskey@schwedlawfirm.com
Eservice Email: eservice@schwedlawfirm.com
SCHWED, ADAMS & McGINLEY, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089
*Attorneys for Plaintiff*